**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 11, 2016.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-16-00618-CV**

---

**IN RE SAMARA PORTFOLIO MANAGEMENT, LLC, THE LAW OFFICE OF JOSEPH ONWUTEAKA, P.C., AND JOSEPH ONWUTEAKA, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-35721**

---

## MEMORANDUM OPINION

On August 8, 2016, relators Samara Portfolio Management, LLC, the Law Office of Joseph Onwuteaka, P.C., and Joseph Onwuteaka filed a petition for writ of mandamus in this court.  *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see*

*also* Tex. R. App. P. 52.  In the petition, relators ask this court to compel the Honorable Larry Weiman, presiding judge of the 80th District Court of Harris County, to set aside his October 14, 2015 sanctions order.

Relators have not shown that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.


PER CURIAM


Panel consists of Justices Donovan, Brown, and Wise.